**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **JENIFER HAASE,** | § § § § § § § § § § § § § | |
| **Plaintiff,** | | |
| **vs.** | | **CIVIL ACTION NO. 1:22-CV-004-C** |
| **RICHESON MANAGEMENT CORP. AND theRICHESON GROUP DBA DAIRY QUEEN** | | |
| **Defendants.** | | |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE SAM R. CUMMINGS:

Comes now Plaintiff and Defendants, who jointly notify the Court that his matter has been settled, and jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear her or its own costs.

Respectfully submitted,

By: */s/ Holly B. Williams*_____
    Holly B. Williams
    State Bar No. 00788674
    WILLIAMS LAW FIRM, P.C.
    1209 W. Texas Ave.
    Midland, Texas  79701
    holly@williamslawpc.com
    (432) 682-7800
    (432) 682-1112 – Facsimile

    **ATTORNEY FOR PLAINTIFF**

By: */s/ Jon Mark Hogg*_____
    Jon Mark Hogg
    State Bar No. 00784286
    JACKSON WALKER LLP

JOINT STIPULATION OF DISMISSAL

136 W. Twohig, Suite B
San Angelo, Texas  76903
jmhogg@jw.com
(325) 481-2560
(325) 481-2585 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 27th day of April, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.

*/s/ Holly B. Williams*
Holly B. Williams

JOINT STIPULATION OF DISMISSAL

Page 2