IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JENIFER HAASE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHESON MANAGEMENT CORP. and | ) |
| the RICHESON GROUP *dba* DAIRY QUEEN, | ) |
| | ) |
| Defendants. | )   Civil Action No. 1:22-CV-004-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal, filed April 27, 2023, finds that the above-styled and -numbered civil action is hereby **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs and fees.

SO ORDERED.

Dated May __1__, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE